553 F.2d 99
 14 Empl. Prac. Dec. P 7601
 Cox
v.
Delta Airlines, Inc.***
 No. 76-3961
 United States Court of Appeals, Fifth Circuit
 5/20/77
 
 1
 S.D.Fla.
 
 
 2
 AFFIRMED***
 
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966
 
 
 ***
 Opinion contains citation(s) or special notations